TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264

JAMES R. SWEETIN
Assistant United States Attorney
Nevada Bar No. 5144
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
James.Sweetin@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Kellie Avery,<br><br>                    Plaintiff,<br><br>          v.<br><br>United States Postal Service,<br><br>                    Defendant. | Case No. 3:26-cv-00128-MMD-CSD<br><br>**Order Granting Stipulation to Dismiss Without Prejudice** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by and through their respective counsel, hereby stipulate, subject to this Court's approval, to the dismissal of this action (without prejudice).

/ / /

/ / /

/ / /

/ / /

/ / /

The parties further stipulate that each party shall bear their own legal fees and costs.

Respectfully submitted this 26th day of February 2026.

**BHL BRENT HARSH LAW**

TODD BLANCHE
Deputy Attorney General of the United Staes
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Karl H. Smith*
KARL H. SMITH, ESQ.
403 Hill Street
Reno, Nevada 89501
*Attorney for Plaintiff*

*/s/ James R. Sweetin*
JAMES R. SWEETIN
Assistant United States Attorney

*Attorneys for the United States*

IT IS SO ORDERED:

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** February 27, 2026

2